Peter S. Willcox-Jones, OSB No. 99397
Internet e-mail: pwj@cosgravelaw.com
Lisa Amatangel, OSB No. 141347
Internet e-mail: lamatangel@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

    Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| NATURAL STRUCTURES, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PETE VICARI GENERAL CONTRACTOR, L.L.C., a Louisiana limited liability company,<br><br>    Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

TO:   THE CLERK OF THE COURT

PLEASE TAKE NOTICE that defendant Pete Vicari General Contractor, L.L.C. ("Vicari") removes to this court the state action described below:

1.   On or about May 13, 2015, an action was commenced in Baker County Circuit Court, Case No. 15-361, captioned *Natural Structures, Inc., an Oregon corporation v. Pete Vicari General Contractor, L.L.C., a Louisiana limited liability company* (the state court action). A true and correct copy of the complaint in the state court action is attached as Exhibit A and incorporated into this notice of removal (the notice).

Page 1 - **NOTICE OF REMOVAL**

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

2418484.docx

2. On information and belief, Vicari was served with the complaint in the state court action on or about August 21, 2015.

3. This notice is timely because Vicari first received the complaint in the state court action on or about August 21, 2015.

4. No further proceedings have occurred in the state court action.

5. In filing this notice, Vicari does not waive its right to challenge service or to raise any other defenses.

## DIVERSITY JURISDICTION EXISTS

6. This court has original jurisdiction over this action pursuant to 28 USC § 1332(a). The action is removable under 28 USC § 1441(a) and 1441(b), because it involves a controversy between citizens of different states; Vicari is not a citizen of Oregon; and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Plaintiff is an Oregon corporation with its principal place of business in Oregon.

8. Vicari is a Louisiana corporation with its principal place of business in Louisiana.

9. Plaintiff seeks damages greater than $75,000.

## REMOVAL TO THIS COURT IS PROPER

10. Pursuant to 28 USC § 1332(a), 1441(a) and (b), and 1446, removal of the state court action to this court is appropriate.

11. Venue is proper under 28 USC § 1441(a), because this court is the district and division embracing the place where the state court action is pending.

12. Vicari is giving written notice of this filing to plaintiff's counsel. Vicari also is filing a copy of this notice with the clerk of the Baker County Circuit Court. A copy of the notice to the state court is attached as Exhibit B and is incorporated into this notice.

Page 2 - **NOTICE OF REMOVAL**

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

2418484.docx

WHEREFORE, Vicari prays that this court grant its request for removal of the state court action, and accept jurisdiction over this case.

DATED: September 17, 2015

COSGRAVE VERGEER KESTER LLP

*Lisa Amatangel*
Peter S. Willcox-Jones, OSB No. 99397
Lisa Amatangel, OSB No. 141347
Telephone: 503-323-9000
Fax: 503-323-9019
E-mail: pwj@cosgravelaw.com
          lamatangel@cosgravelaw.com
Attorneys for Defendant

Page 3 - **NOTICE OF REMOVAL**

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

2418484.docx

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☐ electronic filing notification.

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Floyd C. Vaughan
Silven, Schmeits & Vaughan
1950 Third Street
PO Box 965
Baker City, OR  97814

DATED:  September 17, 2015

_____
Peter S. Willcox-Jones
Lisa Amatangel

Page 1 - **CERTIFICATE OF SERVICE**

2418484.docx

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019