PAID
FILED
STATE OF OREGON
BAKER CO CIRCUIT COURT
15 MAY 13 PM 1: 27
TRIAL COURT CLERK
BY_____

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF BAKER

| | |
|---|---|
| NATURAL STRUCTURES, INC., an Oregon corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PETE VICARI GENERAL CONTRACTOR, L.L.C., a Louisiana limited liability company, <br><br> Defendant. | Case No. **15 361** <br><br> COMPLAINT – SUIT FOR MONEY JUDGMENT FOR BREACH OF CONTRACT – FAILURE TO PAY BALANCE OF CONTRACT PRICE – NOT SUBJECT TO MANDATORY ARBITRATION |

Plaintiff alleges:

## COUNT ONE
(Action on Express Contract)

1.

At all times herein alleged, Plaintiff was and is an Oregon corporation acting by and through its duly authorized officers and agents.

2.

At all times herein alleged, Defendant, was a limited liability company acting by and

COMPLAINT – SUIT FOR MONEY JUDGMENT FOR BREACH OF CONTRACT – FAILURE TO PAY BALANCE OF CONTRACT PRICE – NOT SUBJECT TO MANDATORY ARBITRATION                    -1-

SILVEN, SCHMEITS & VAUGHAN
ATTORNEYS AT LAW
1950 Third Street - P.O. Box 965
Baker City, OR 97814
541-523-4444 - FAX 541-523-9368

EXHIBIT A
PAGE 1 OF 7

1  through its authorized members including Peter G. Vicari. Such actions of Defendant's agents
2  include, without limit, contracting with Plaintiff for goods and services performed by Plaintiff in
3  the State of Oregon, Baker County in accord with the following contract documents, herein
4  collectively called the "Contract:"

5    2.1    Defendant contracted to purchase from Plaintiff all goods and services more fully
6  described in that certain "Purchase Agreement" dated July 9, 2013 for its "Lafitte
7  Seafood Pavilion" project, a copy of which is attached hereto as Exhibit "1," for a
8  total contract price of $182,092.00 as invoiced by Plaintiff to Defendant under its
9  Invoice No. 13-S141A dated September 5, 2014, a copy of which is attached
10 hereto as Exhibit "2."

11    2.2    After Plaintiff inserted the agreed payment and other terms on page 1 of the
12 Purchase agreement: ***"One-third down ($60,697.00) on Approved Submittals &***
13 ***per Natural Structures' terms of Acknowledgment of Sale. Balance due net***
14 ***thirty (30) days on approved credit,"*** then signed and dated it on August 6, 2013,
15 and returned it to Defendant. Defendant altered these terms by striking out ***"per***
16 ***Natural Structures' terms of Acknowledgment of Sale,"*** then signed and dated
17 the Purchase Agreement August 14, 2013 without returning a copy or notifying
18 Plaintiff of the alteration. Plaintiff proceeded in good faith to provide the goods
19 and services based on the unaltered Purchase Agreement and submitted its invoice
20 on that basis.

21    3.

22 The Courts of the State of Oregon, and specifically Baker County Circuit Court, have
23 jurisdiction herein pursuant to ORCP 4E (local services, goods or contracts) based on the
24 Contract between Plaintiff and Defendant. In reliance on the Contract, Plaintiff provided
25 Defendant the local goods and services therein described and fully performed all of Plaintiff's
26 obligations in reliance on Defendant's express agreement to pay the Contract price of

COMPLAINT – SUIT FOR MONEY JUDGMENT
FOR BREACH OF CONTRACT – FAILURE TO
PAY BALANCE OF CONTRACT PRICE -
NOT SUBJECT TO MANDATORY ARBITRATION    -2-

SILVEN, SCHMEITS & VAUGHAN
ATTORNEYS AT LAW
1950 Third Street - P.O. Box 965
Baker City, OR 97814
541-523-4444 - FAX 541-523-9368

EXHIBIT A
PAGE 2 OF 7

1   $182,092.00 plus an agreed change order ("Order 1") adding an additional $696.00 for a total
2   Contract price of $182,788.00 of which Defendant has paid $105,306.00 but no further sums
3   despite Plaintiff's demand for payment.

4.

5   Per the Contract, Defendant agreed to pay Plaintiff the total Contract price thirty (30)
6   days after shipment. The sum due and owing from Defendant to Plaintiff under the Contract is
7   the sum of $77,482.00. Under the terms of the Acknowledgment of Sale referred to in paragraph
8   2.2 above, under which Plaintiff supplied the goods and services to Defendant, said sum would
9   accrue a finance charge of 1.5% per month on any past due balance until paid, being the sum of
10  $38.74 per day from October 6, 2014 until paid. Defendant is indebted to Plaintiff in the
11  foregoing sums pursuant to the terms of the Contract.

5.

13  In addition to the foregoing sums, Plaintiff should be awarded its costs and fees incurred
14  herein including the applicable prevailing party fee of $5,000.00 based upon the conduct of
15  Defendant in the transactions or occurrences that give rise to this proceeding, being Defendant's
16  bad faith denial of payment and the lack of any objectively reasonable basis for non-payment.

17  WHEREFORE, Plaintiff prays for a money judgment against Defendant, in the following
18  sums: $77,482.00 plus ongoing finance charges on said sum at the rate of $38.74 per day from
19  October 6, 2014 until paid; and for Plaintiff's costs and disbursements incurred herein, including
20  the applicable prevailing party fee in the sum of not less than $5,000.00.

21  DATED this 13 day of MAY, 2015.

22                      SILVEN, SCHMEITS & VAUGHAN

23
24  By: _____
        Floyd C. Vaughan OSB#784167
25      Attorney for Plaintiff

I certify the foregoing is a true copy of the original.

_____
Attorney for Plaintiff

COMPLAINT – SUIT FOR MONEY JUDGMENT
FOR BREACH OF CONTRACT – FAILURE TO
PAY BALANCE OF CONTRACT PRICE –
NOT SUBJECT TO MANDATORY ARBITRATION    -3-

SILVEN, SCHMEITS & VAUGHAN
ATTORNEYS AT LAW
1950 Third Street - P.O. Box 965
Baker City, OR 97814
541-523-4444 - FAX 541-523-9368

EXHIBIT A
PAGE 3 OF 7



# PETE VICARI
## GENERAL CONTRACTOR, L.L.C.

1900 DESTREHAN AVENUE / HARVEY, LA   70058
(504) 347-1196 office / (504) 347-1522 fax
www.petevicari.com / Email: office@petevicari.com / LA License # 1670

SEP 0 9 2013

R

## PURCHASE AGREEMENT

| | | | |
|---|---|---|---|
| DATE: | July 9, 2013 | NO. | 1301-2 |
| ITEM: | Metal Building | CODE: | 53 |

SUPPLIER NAME:   Natural Structures
P.O. Box 270
Baker City, OR   97814

PROJECT:   Lafitte Seafood Pavilion
920 Jean Lafitte Boulevard
Lafitte, LA 70067

ARCHITECT:   Meyer Engineers, Ltd.
4937 Hearst Street, Suite 1B
Metairie, LA   70001

OWNER:   Town of Jean Lafitte
2624 Jean Lafitte Boulevard
Lafitte, LA   70067

*Nov. 15th*

SPECIFICATIONS ENTITLED:   **Lafitte Seafood Pavilion**

SPECIFICATIONS DATED:   **September 14, 2012**

IN PARTICULAR:   Base Bid Only. No alternates included.
Bidding and Contracting Documents and General Requirements per specifications
Prevailing Wage and Section 3 and Segregated Facilities apply per specifications

TECHNICAL SPECIFICATIONS

Specification # 13120 - Pre-Engineered Structure - Furnish and Fabricate all Three (3) Pavilions as per plans and specifications.
- 1 Pavilion 32' x 80'
- 2 Pavilions 30' x 30'

ANYTHING SHOWN IN THE PLANS AND SPECIFICATIONS OR VICE VERSA, SHALL BE CONSIDERED AS THOUGH SHOWN BY BOTH. All materials, workmanship, plant and equipment are subject to the approval of the Architect, Owner, and Contractor.

Furnish materials per plans and specifications complete. Contractor agrees to pay <u>One Hundred and Eighty Two Thousand, Ninety Two Dollars ($182,092.00)</u> delivered to jobsite (including freight), does not include sales tax.

Terms: ~~Net 30 days.~~ All materials are FOB truck jobsite.
*1/3 down ($60,697) on Approved Submittals* ~~per Natural Structures~~ JA 8/6/2013
~~Terms of Ack of sale.~~ *Balance due Net 30 days on Approved Credit.*

Page 1 of 3   EXHIBIT __1__
PAGE __1__ OF __3__

EXHIBIT A
PAGE 4 OF 7

WR

| | |
|---|---|
| DRAWINGS ENTITLED: | **Lafitte Seafood Pavilion** <br> **Town of Jean Lafitte** |
| DRAWINGS DATED: | **09-14-12** |
| SHEET INDEX: | **SEE EXHIBIT "A"** |
| ADDENDUMS: | **ADDENDUM NO. 1 DATED, JANUARY 18, 2013** <br> **ADDENDUM NO. 2 DATED, JANUARY 29, 2013** <br> **ADDENDUM NO. 3 DATED, FEBRUARY 1, 2013** |

Should there be any delay in the delivery of the equipment, material, or supplies described in the Purchase Agreement due to any work stoppage, slow down, strike, picketing, boycott, or any delivery, delays the progress of the work to be performed at the construction jobsite, the Contractor shall have the right to declare this Purchase Agreement in default after giving the Supplier twenty-four (24) hours written notice of the intention of the Contractor to claim such a default. The Contractor in such event shall be authorized and empowered to cause the immediate delivery within five (5) days after it has declared the Supplier in default, then the Supplier shall also be liable to the Contractor because of the delay in delivery, provided such delay is attributable to the Suppliers default.

If the Supplier should default on any provision of this Purchase Agreement, Supplier agrees to pay all costs, Contractor's reasonable Attorney's Fees and damages to correct work in place and interest.

DELIVERY: Furnish all shop drawings, brochures, samples, etc. within five (5) days after receipt of Purchase Agreement. Supplier must submit no less than five (5) copies of each item to be approved by the General Contractor and/or Architect. If you wish more than one copy returned increase this number. COMPLETE FABRICATION AND DELIVERY NO LATER THAN TWO (2) WEEKS AFTER APPROVAL AND/OR IN ACCORDANCE WITH THE JOB PROGRESS SCHEDULE.   TEN (10) JA 8/6/2013

In the event that the Contractor receives any change orders from the Owner that involves or requires the Contractor to obtain prices therefore from the Supplier, the Supplier agrees to furnish said requested prices to the Contractor within seventy two (72) hours after the Contractor has requested such prices. The Supplier understands, acknowledges and hereby agrees that, if he/she/it fails to provide the requested prices to the Contractor within seventy two (72) hours as provided hereinabove, the Contractor, at its option may at any time after said seventy two (72) hours, provide its estimate for the change order to the Owner. The Supplier hereby agrees that, if it/he/she should fail to furnish the requested prices to the Contractor within seventy two (72) hours as provided hereinabove and the Contractor includes prices for Suppliers materials in its estimate to the Owner on the change order, it (the Supplier) will perform the work in accordance with the change order for the prices that the Contractor includes in its estimate to the Owner on the change order.

APPLICABLE LAW: This agreement is to take effect in Louisiana, and is to be governed and controlled by the laws of the State of Louisiana, Parish of Jefferson.

| | |
|---|---|
| PETE VICARI GENERAL CONTRACTOR, LLC. <br> (Contractor) | NATURAL STRUCTURES <br> (Supplier) |
| BY: *[signature]* | BY: *[signature]* |
| Printed: Peter G. Vicari | Printed: Jodie Hausotter |
| TITLE: Member | TITLE: Office Manager |
| DATE: 8-14-13 | DATE: 8-6-2013 |
| WITNESS: *[signature]* Bridgitt Suddh | WITNESS: *[signature]* |

EXHIBIT 1
PAGE 2 OF 3

Page 2 of 3

Re: Lafitte Seafood #1301

Exhibit "A"

Plan Index

| SHEET INDEX | | | |
|---|---|---|---|
| T01 | TITLE SHEET | S01 | PROMENADE FOUNDATION PLAN AND DETAILS |
| C01 | SURVEY | S02 | PROMENADE FOUNDATION DETAILS |
| C02 | DEMOLITION PLAN | S03 | MISCELLANEOUS STRUCTURAL DETAILS |
| C03 | SITE PLAN | S04 | C.M.U. WALL DETAILS |
| C04 | DRAINAGE AND GRADING PLAN | S05 | PICNIC WHARF AND BOARDWALK PILING PLAN |
| C05 | GENERAL NOTES, LEGEND AND MISCELLANEOUS DETAILS | S06 | PICNIC WHARF FRAMING PLAN AND DETAILS |
| C06 | MISCELLANEOUS DETAILS | S07 | PICNIC WHARF SHELTER FOUNDATION DETAILS |
| A01 | FLOOR PLAN — PROMENADE | S08 | BOARDWALK DETAILS |
| A02 | VENDING PAVILIONS & PLAN ENLARGEMENTS | M0.0 | MECHANICAL NOTE, LEGEND, SCHEDULES |
| A03 | PLAN ENLARGEMENTS & SCHEDULES | M1.0 | MECHANICAL SITE PLAN |
| A04 | EXTERIOR ELEVATIONS | M1.1 | MECHANICAL PLAN/PAVILIONS |
| A05 | PICNIC WHARF EXTERIOR ELEVATIONS & SECTIONS | M1.2 | MECHANICAL PLAN/PROMENADE |
| A06 | PLAN ENLARGEMENTS & BUILDING SECTIONS | M2.0 | MECHANICAL DETAILS |
| A07 | INTERIOR ELEVATIONS | E-1.0 | SYMBOLS AND NOTES |
| A08 | INTERIOR ELEVATIONS & DETAILS | E-2.0 | ELECTRICAL SITE PLAN |
| A09 | ROOF PLAN — PROMENADE | E-3.0 | VENDING BOOTH LIGHTING PLAN |
| A10 | VENDING ROOF PLAN & ROOF DETAILS | E-3.1 | PROMENADE LIGHTING & FIRE ALARM PLAN |
| A11 | REFLECTED CEILING PLAN — PROMENADE | E-4.0 | VENDING BOOTH POWER PLAN |
| A12 | PAVILION REFLECTED CEILING PLANS & DETAILS | E-4.1 | PROMENADE POWER & COMMUNICATION PLAN |
| A13 | WALL SECTIONS | E-5.0 | BAR/CAFE EQUIPMENT SCHEDULES & DETAILS |
| A14 | OPENING DETAILS | E-5.1 | ELEVATION DETAILS |
| A15 | ARCHITECTURAL DETAILS | E-5.2 | ALTERNATE LIGHTING PLAN |
| A16 | BUILDING SIGN DETAILS | E-6.0 | ONE LINE DIAGRAM & PANEL SCHEDULES |
| A17 | ARCHITECTURAL DETAILS | E-6.1 | LIGHTING CONTROL PANEL DETAILS |

EXHIBIT 3
PAGE 3 OF 3

Page 3 of 3          Re: Lafitte Seafood #1301



# INVOICE

P.O. BOX 270  Baker City, OR 97814
(541) 523-0224   FAX (541) 523-0231

| SOLD TO | SHIP TO |
|---|---|
| Pete Vicari General Contractor LLC<br>1900 Destrehan Avenue<br>Harvey, LA 70058<br>PHONE: 504-347-1196<br>CONTACT: Peter Vicari | Pete Vicari General Contractor<br>c/o Lafitte Seafood Pavilion<br>920 Jean lafitte Blvd<br>Lafitte, LA 70067<br>FAX: 504-347-1522<br>EMAIL: office@petevicari.com<br>PHONE: 504-347-1196<br>CONTACT: Peter Vicari |

| CUSTOMERS ORDER # | ACKNOW DATE | SALESMAN | REF# | INVOICE DATE | INVOICE # |
|---|---|---|---|---|---|
| Verbal | 7/10/2013 | Leslie | | 9/5/2014 | 13-S141A |

| SHIPPED VIA | F.O.B. | WHEN SHIP | TERMS: |
|---|---|---|---|
| Duty Systems | | 9/5/2014 | Net 30 |

**DO NOT PAY IN CASH**    APPROX. SHIP BY DATE:

NATURAL STRUCTURES IS NOT RESPONSIBLE FOR PAYMENTS MADE TO SALES AGENTS

PAYMENTS MUST BE MADE BY CHECK OR MONEY ORDER OR DRAFT DRAWN IN FAVOR OF NATURAL STRUCTURES

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|
| | Ref: Picnic Wharf Pavilion | | |
| 1 | 98M-R32080-6TSPSB Rocky Mountain Series Shelter | 97370.00 | 97370.00 |
| | Size: 32 x80 Steel Post & Beam | | |
| | Eave Height: | | |
| | Roof Pitch: 6/12 | | |
| | Roof Deck: 2 x 6 Tongue & Groove Fir | | |
| | Roof Facia: 2 x 6 Fir SFS | | |
| | Roof Style: Gable | | |
| | Roof Material: Asphalt Shingles | | |
| | Dormer: 25' x 14' | | |
| | Post: Square | | |
| | Finish: Hot Dip Galvanized w/Natur Kote & Polyester Powdercoat | | |
| 1 | Welder Certification Package | | |
| 1 | State of Louisana Engineering Stamp | | |
| | Wind Load: 150 mph Class C | | |
| | Snow Load: 30# | | |
| 1 | NS Techical Supervision 2 days | | |
| | TOTAL PRODUCT | | $ 97,370.00 |
| | CASH WITH ORDER DISCOUNT | $  - | |
| | SUB-TOTAL | | 97370.00 |
| | SHIPPING & HANDLING | 7375.00 | 7375.00 |
| | TOTAL SALE | | $ 104,745.00 |
| | PAYMENTS MADE   Check #24504 | 27263.00 | (27,263.00) |
| | PAYMENTS MADE | | |
| | BALANCE | | $ 77,482.00 |

No Merchandise Will Be Accepted For Return For Credit Without Prior Authorization

This invoice constitutes a conditional sales contract
with full title to the merchandise resting
with the seller until paid in full by the purchaser.
PLEASE PAY FROM THIS INVOICE

EXHIBIT  2
PAGE  1  OF 1

# Thank You