Brent H. Smith OSB #065971
E-mail: brent@baumsmith.com
BAUM SMITH, LLC
P.O. Box 967
1902 Fourth Street, Suite 1
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax:     (541) 963-9254

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **NATURAL STRUCTURES, INC.**, an Oregon corporation,<br>　　　　　Plaintiff,<br><br>　v.<br><br>**PETE VICARI GENERAL CONTRACTOR, L.L.C.,** a Louisiana limited liability company,<br>　　　　　Defendant. | Case No. 2:15- cv-01763-SU<br><br>RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (LACK OF PERSONAL JURISDICTION); MOTION TO DISMISS (IMPROPER VENUE) OR, ALTERNATIVELY, TO TRANSFER CASE UNDER 28 USC 1631; AND MOTION TO TRANSFER VENUE UNDER 28 USC 1404(a) |

Plaintiff responds to Defendant's Motion for Summary Judgment (Lack of Personal Jurisdiction); Motion to Dismiss (Improper Venue) Or, Alternatively, to Transfer Case Under 28 USC 1631; and Motion to Transfer Venue Under 28 USC 1404(a) as follows:

1- RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (LACK OF PERSONAL JURISDICTION); MOTION TO DISMISS (IMPROPER VENUE) OR, ALNTERATIVELY, TO TRANSFER CASE UNDER 28 USC 1631; AND MOTION TO TRANSFER VENUE UNDER 28 USC 1404(a)

Plaintiff objects to Defendant's Motion for Summary Judgment. Defendant's actions indicate purposeful availment, the claim arises out of Defendant's forum-related activities and the exercise of jurisdiction is reasonable under the circumstances. Defendant purchased $182,788.00 of custom pavilion structures from an Oregon corporation.

Plaintiff objects to Defendants Motion to Dismiss for Improper Venue because a substantial part of the events giving rise to the claim occurred in Oregon. The structures at issue were built in Oregon and shipped from Oregon. Defendants counter-claim is related to the quality of the structures. Plaintiffs claim is for payment for the structures.

Plaintiff objects to Defendants Motion to Transfer Venue.

DATED this 30th day of November, 2015.

          BAUM SMITH, LLC
          Attorney for Defendant


          By:    /s/ Brent H. Smith
               Brent H. Smith
               OSB No. 065971
               Trial Attorney